UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Cr. File No. 07-388 (PAM/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| Le Guo Wu, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Seal Document. **IT IS HEREBY ORDERED** that Defendant's Motion to Seal (Docket No. 116) is **GRANTED**.

Dated:  September 15, 2008

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge